**Motion Granted and Order filed December 8, 2011.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00976-CV**
_____

**HERITAGE GULF COAST PORPERTIES, LTD. and SUMER S. PINGLIA,**
**Appellants**
**V.**
**SANDALWOOD APARTMENTS, INC., JAIKISHIN S. BHAGIA**
**and NANIK BHAGIA, Appellees**
*and*
**NO. 14-11-00980-CV**
_____

**SANDALWOOD APARTMENTS, INC., JAIKISHIN S. BHAGIA**
**and NANIK BHAGIA, Appellant**
**V.**
**HERITAGE GULF COAST PORPERTIES, LTD. and SUMER S. PINGLIA,**
**Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-64342**

---

# O R D E R

Heritage Gulf Coast Properties and Sumer S. Pinglia filed a notice of appeal from the judgment signed August 3, 2011, and the appeal was assigned to this court under our appellate number 14-11-00976-CV. Sandalwood Apartments, Inc., Jaikishin S. Bhagia, and Nanik S. Bhagia filed a notice of cross appeal from the same judgment signed August 3, 2011, and the appeal was assigned to this court under our appellate number

14-11-00980-CV.   On December 1, 2011, Sandalwood Apartments, Inc., Jaikishin S. Bhagia, and Nanik S. Bhagia filed an unopposed motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-11-00976-CV and 14-11-00980-CV **CONSOLIDATED.**   The existing filing deadlines in case number 14-11-00976-CV will apply to both cases.


PER CURIAM